IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 12-cv-24093-Lenard

PATRICK GAILLARD,
Plaintiff,

vs.

FLORIDA PRESTIGE, INC.,
SUNNY PROPERTIES OF SOUTH
FLORIDA, LLC, SUNNY INTERNATIONAL
REALTY, LLC, and ANALOU MANENT,
PATRICK MANENT, MOSHE SHABAT, and
NIR GAVRA, INDIVIDUALLY
Defendants.
_____/

## NOTICE OF ADOPTION/JOINDER

The undersigned attorney hereby notifies the Court, the Clerk and all parties hereto of defendants' FLORIDA PRESTIGE, INC., ANALOU MANENT and PATRICK MANENT adoption of and joinder in the Second Motion To Compel Arbitration and Stay Proceedings (DE 13) filed by SUNNY PROPERTIES OF SOUTH FLORIDA, LLC, SUNNY INTERNATIONAL REALTY, LLC, MOSHE SHABAT, and NIR GAVRA's with the Court on December 14, 2012.

December 14, 2012                    Respectfully submitted,

                                     s/Charles L. Curtis
                                     FBN 190368
                                     ccurtis@charleslcurtispa.com
                                     Charles L. Curtis, PA
                                     www.charleslcurtispa.com
                                     1486 SW 19th Ave
                                     Fort Lauderdale, FL 33312
                                     (954) 661-8512
                                     Co-Counsel for defendants Florida
                                     Prestige, Inc. and Analou Manent and
                                     Patrick Manent

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by email on this 14th day of December 2012 on all counsel or parties of record on the Service List below.

s/Charles L. Curtis

**SERVICE LIST**

**Bradford A. Patrick**, Esq.
brad@execlawgroup.com
of Executive Law Group PL
3001 North Rocky Point Drive E, Suite 227
Tampa, Florida 33607
Attorneys for Plaintiff

**JOSEPH P. KLAPHOLZ**, Esq.
jklap@klapholzpa.com
2500 Hollywood Blvd, Suite 212
Hollywood, FL 33020
Attorney for Defendants
Sunny Properties of South Florida LLC,
Sunny International Realty LLC,
Moshe Shabat, and Niv Gavra

**CHARLES PETTIT**, Esq.
pettitpa53@yahoo.com
408 SE 17th Street
Fort Lauderdale, FL 33316
Co-counsel for Defendants
Florida Prestige, Inc.,
Analou Manent, and Patrick Manent