UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: 12-CV-24093
Lenard/O'Sullivan

PATRICK GAILLARD, individually,
    Plaintiff,

Vs

FLORIDA PRESTIGE, INC., SUNNY
PROPERTIES OF SOUTH FLORIDA,
LLC., SUNNY INTERNATIONAL
REALTY, LLC., ANALOU MANENT,
PATRICK MANENT, MOSHE SHABAT,
NIV GAVRA,
    Defendants.
_____/

## NOTICE OF ADOPTION/JOINDER

COME NOW, the Defendants, SUNNY PROPERTIES OF SOUTH FLORIDA, LLC., SUNNY INTERNATIONAL REALTY, LLC., MOSHE SHABAT and NIR GAVRA, individually, by and through the undersigned counsel and hereby notify the Court, the Clerk and all parties hereto that said Defendants hereby adopt and join in the Defendants' Response in Opposition to Plaintiff's [44] Motion for Reconsideration of the Court's [43] Order Granting Defendants' Motion to Compel and Stay this Case and Ordering the Case Administratively Closed filed by Defendants Florida Prestige, Inc. and Analou Manent and Patrick Manent on this 22nd day of February, 2013.

Respectfully Submitted,

**/s/ Joseph P. Klapholz**
**JOSEPH P. KLAPHOLZ, Esq.**
Joseph P. Klapholz, PA
Attorney for SUNNY PROPERTIES OF SOUTH FLORIDA, LLC; SUNNY INTERNATIONAL REALTY, LLC; MOSHE SHABAT, INDIVIDUALLY and NIR GAVRA, INDIVIDUALLY
2500 Hollywood Blvd #212
Hollywood, FL 33020
(954) 925-3355x135
(jklap@klapholzpa.com)

## Certificate of Service

I HEREBY certify that on February 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List in the Manner specified, either via transmission of notice of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notice of electronic filing.

**/s/ Joseph P. Klapholz**
**JOSEPH P. KLAPHOLZ, Esq.**
Joseph P. Klapholz, PA
Attorney for SUNNY PROPERTIES OF SOUTH FLORIDA, LLC; SUNNY INTERNATIONAL REALTY, LLC; MOSHE SHABAT, INDIVIDUALLY and NIR GAVRA, INDIVIDUALLY
2500 Hollywood Blvd #212
Hollywood, FL 33020
(954) 925-3355x135
(jklap@klapholzpa.com)

SERVICE LIST

**Carlos J. Bonilla**, Esq. (carlos@execlawgroup.com)
Executive Law Group PL
3001 North Rocky Point Drive E
Suite 227
Tampa, Florida 33607
attorneys for plaintiff

**Bradford A. Patrick**, Esq. (brad@execlawgroup.com)
Executive Law Group PL
3001 North Rocky Point Drive E
Suite 227
Tampa, Florida 33607
attorneys for plaintiff

**CHARLES L. CURTIS**, Esq.,
1486 SW 19th Ave
Fort Lauderdale, FL 33312
(ccurtis@charleslcurtispa.com)
co-counsel for defendants Patrick Manent, Analou Manent, and Florida Prestige, Inc.

**CHARLES PETTIT**, Esq.,
408 SE 17th Street
Fort Lauderdale, FL 33316
(pettitpa53@yahoo.com)
co-counsel for defendants Patrick Manent, Analou Manent, and Florida Prestige, Inc