IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PATRICK GAILLARD,                                CIVIL DIVISION

        Plaintiff,

v.                                                  Case No.:  1:12-cv-24093-JAL

FLORIDA PRESTIGE, INC.,
SUNNY PROPERTIES OF SOUTH
FLORIDA, LLC, SUNNY INTERNATIONAL
REALTY, LLC, ANALOU MANENT,
PATRICK MANENT, MOSHE SHABAT
and NIR GAVRA, INDIVIDUALLY,

        Defendants.
_____/

**AMENDED JOINT SCHEDULING REPORT**

Come now the Parties hereto and pursuant to the Court's Order of May 30, 2013 [Dkt. 56] submit this AMENDED Report and Joint Scheduling Form:

    a. A discussion of the likelihood of settlement;

| Plaintiff: Plaintiff hopes Defendants will consider settlement. | Defendants: Defendants hope Plaintiff will consider settlement. |
|---|---|

    b. A discussion of the likelihood of appearance in the action of additional parties;

| Plaintiff: Parties are represented and have appeared.  Mr. Pettit has not formally appeared on behalf of Defendants. | Defendants: All Defendants have appeared and are represented by counsel. |
|---|---|

    c. The necessity or desirability of amendments to the pleadings;

- 2 -

| | |
|---|---|
| Plaintiff:  * Unlikely at this time; if future claims or defendants are discovered, will move for leave to amend for good cause shown. Defendants have not answered, so it is unclear if there are other parties, claims, cross-claims, counterclaims or what have you. | Defendants: Pleadings are not yet closed pending Motions to Compel Arbitration. |

**d. A proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses;**

| | |
|---|---|
| Plaintiff: Unknown; Defendants have not answered. | Defendants: Pleadings are not yet closed pending Motions to Compel Arbitration. |

**e. Suggestions for the avoidance of unnecessary proof and of cumulative evidence;**

| | |
|---|---|
| Plaintiff: Plaintiff has the witness list of individuals it intends to depose and a preliminary list of expert witnesses. Unknown who Defendants intend to depose. Defendants refuse to discuss discovery per se as they feel it may prejudice their clients' right not to be required to submit to discovery if arbitration is granted. | Defendants: None at this time. |

**f. A discussion of possible admissions of fact; of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence;**

| | |
|---|---|
| Plaintiff: Plaintiff does not know what documents or issues may arise in its future dealings with Defendants; however, there is at least one issue which gives rise to concern about authenticity or best evidence regarding the relevant documents. Also with respect to electronic data, it is unclear how cooperative Defendants will be in responding to discovery requests. | Defendants: Defendants are prepared to meet and discuss all proposed stipulations regarding authenticity of and admission of documents. |

**g. A preliminary estimate of the time required for trial; and**

| Plaintiff: .5 day for jury selection; 1 day for Plaintiff; 1 day for Defendant. | Defendants: .5 – for Jury Selection<br><br>1 day for Plaintiff<br><br>2 days for Defendant |
|---|---|
|  |  |

**h. Any other information that might be helpful to the Court.**

| Plaintiff: Plaintiff has gathered the corpus of documents in his possession and can timely produce them upon commencement of discovery. Plaintiff is the sole known witness Defendants must depose; it is unknown who else Defendants intend to enlist in their defense. | Defendants: Defendants await the Court's ruling on pending Motions to Compel Arbitration. |
|---|---|

DATED:  May 30, 2013.

Respectfully submitted,

 _/s/ Bradford A. Patrick_____
Carlos J. Bonilla
Florida Bar No.: 0588717
Bradford A. Patrick
Florida Bar No.: 0529850
Executive Law Group PL
3001 North Rocky Point Drive E, Suite 227
Tampa, Florida 33607
Tel: (813) 367-3505
Fax: (813) 333-7321
E-mail: carlos@execlawgroup.com
E-mail: brad@execlawgroup.com

**Charles L. Curtis**
Charles L. Curtis, PA
1486 SW 19th Ave
Fort Lauderdale, FL 33312

954-661-8512
Email: ccurtis@charleslcurtispa.com

**Joseph P. Klapholz**
Joseph P. Klapholz, PA
2500 Hollywood Boulevard
Suite 212
Hollywood, FL 33020
954-925-3355
Fax: 923-0185
Email: jklap@klapholzpa.com

**Charles Pettit, Esq.**
Charles Pettit PA
408 S.E. 17th Street
Fort Lauderdale, Florida 33316
Email: pettitpa53@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on May 30, 2013, I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system.

      /s/ Bradford A. Patrick
        Bradford A. Patrick

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PATRICK GAILLARD,                                           CIVIL DIVISION

       Plaintiff,

v.                                                          Case No.: 1:12-cv-24093-JAL

FLORIDA PRESTIGE, INC.,
SUNNY PROPERTIES OF SOUTH
FLORIDA, LLC, SUNNY INTERNATIONAL
REALTY, LLC, ANALOU MANENT,
PATRICK MANENT, MOSHE SHABAT
and NIR GAVRA, INDIVIDUALLY,

       Defendants.
_____/

**AMENDED JOINT SCHEDULING FORM**

| DEADLINE OR DATE ACTION OR EVENT | DATE: |
|---|---|
| **The Court has not yet ruled on the pending Motion to Compel Arbitration as of May 30, 2013; the schedule attached is submitted pursuant to the Court's ORDER [Dkt 56] requiring a single submission of case scheduling dates.** | |
| [1] All motions for joinder of parties or to amend pleadings shall be filed. | September 1, 2013 |
| | |
| [2] The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses named on this list shall be permitted to testify at trial. | October 1, 2013 |
| | |
| [3] All **fact** discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. | January 3, 2014 |
| | |
| [4] Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the reports required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports have been provided shall be permitted | January 3, 2014 |

- 5 -

| | |
|---|---|
| to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). | |
| | |
| [5] Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the reports required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). | March 3, 2014 |
| | |
| [6] All **expert** discovery must be completed. | April 1, 2014 |
| | |
| [7] All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony | June 2, 2014 |
| | |
| [8] Mediation shall be completed. | June 2, 2014 |
| | |
| [9] Proposed date before which all motions in limine must be filed | July 1, 2014 |
| | |
| [10] Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e) | July 1, 2014 |
| | |
| [11] Proposed date for pre-trial conference. | August 1, 2014 |
| | |
| [12] Proposed date for trial. | September, 2014 |